FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-CR-00002-SMJ |
| Plaintiff, | |
| v. | ORDER ADOPTING UNOPPOSED PROTECTIVE ORDER |
| CARLOS TORRES MEDRANO, JR., | |
| Defendant. | |

Before the Court, without oral argument, is the Government's Unopposed Motion for a Protective Order, ECF No. 30. The parties have agreed to specific guidelines governing discovery regarding an informant in this case. The Court has reviewed the proposed protective order, ECF No. 30-1, and finds good cause to adopt the order.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The Government's Unopposed Motion for a Protective Order, ECF No. 30, is **GRANTED.**

**2.** The Government's protective order, ECF No. 30-1, is **ADOPTED** and incorporated as if fully stated herein.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of February 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge