PROB 12C
(6/16)

Report Date: February 5, 2020

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 05, 2020**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Carlos Torres Medrano, Jr. | Case Number: 0980 2:18CR00002-SMJ-1 |
| Address of Offender: | Washington 99204 |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: July 10, 2018

Original Offense:    Attempted Obstruction of Justice, 18 U.S.C. § 1512(b)(2)(B and (b)(3)

| | | |
|---|---|---|
| Original Sentence: | Prison - 33 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: September 5, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: September 4, 2022 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Medrano is alleged to have used methamphetamine on January 23, 2020.<br><br>On September 20, 2019, Mr. Medrano signed his judgment acknowledging an understanding of his conditions of supervision to include special condition number 4, requiring him to abstain from the use of illegal controlled substances.<br><br>On January 23, 2020, Mr. Medrano reported to the probation office at the direction of the undersigned officer to submit to urinalysis testing.  The urine sample was presumptive positive for methamphetamine, in which he initially denied use.  The urine sample was sent to Alere Toxicology for further testing, which confirmed a positive test for methamphetamine.  After the test results were received, he admitted to consuming methamphetamine. |

Prob12C
**Re: Medrano, Jr., Carlos Torres**
**February 5, 2020**
**Page 2**

2 **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Medrano is alleged to have used methamphetamine on January 30, 2020.

On September 20, 2019, Mr. Medrano signed his judgment acknowledging an understanding of his conditions of supervision to include special condition number 4, requiring him to abstain from the use of illegal controlled substances.

On January 31, 2020, Mr. Medrano reported to the probation office at the direction of the undersigned officer to submit to urinalysis testing. When asked to submit to testing, he admitted to using methamphetamine on January 30, 2020, and signed a drug use admission form.

3 **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Medrano is alleged to have used methamphetamine on February 4, 2020.

On September 20, 2019, Mr. Medrano signed his judgment acknowledging an understanding of his conditions of supervision to include special condition number 4, requiring him to abstain from the use of illegal controlled substances.

On February 4, 2020, Mr. Medrano reported to the probation office at the direction of the undersigned officer to submit to urinalysis testing. When asked to submit to testing, he admitted to using methamphetamine earlier in the day, February 4, 2020, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/05/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Medrano, Jr., Carlos Torres**
**February 5, 2020**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

        02/05/2020
_____
Date