PROB 12C
(6/16)

Report Date: June 2, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Carlos Torres Medrano, Jr. | Case Number: 0980 2:18CR00002-SMJ-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Washington 99224 | |
| Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge | |
| Date of Original Sentence: July 10, 2018 | |
| Original Offense: Attempted Obstruction of Justice, 18 U.S.C. § 1512(b)(2)(B) and (b)(3) | |
| Original Sentence: Prison - 33 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Thomas M. Woods | Date Supervision Commenced: September 5, 2019 |
| Defense Attorney: Zachary Lynn Ayers | Date Supervision Expires: September 4, 2022 |

## PETITIONING THE COURT

To issue a **WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/05/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Medrano was arrested on June 1, 2020, for attempted residential burglary, second degree malicious mischief domestic violence, and second degree malicious mischief.<br><br>On September 20, 2019, Mr. Medrano signed his judgment acknowledging an understanding of his conditions of supervision, to include mandatory condition number 1, prohibiting him from committing another federal, state, or local crime.<br><br>According to police report 2020-20088333, on May 26, 2020, officers from the Spokane Police Department were called to a residence occupied by Mr. Medrano's ex-girlfriend, the mother of their child, and her boyfriend.<br><br>Mr. Medrano arrived at the residence unannounced. He is not welcome at the apartment without the ex-girlfriend's permission. Mr. Medrano demanded he be let into the apartment, which she refused. He began to yell, pound on the door with his fists, and kick the door with his feet. Mr. Medrano was heard saying he wanted to assault someone, referring to his ex- |

Prob12C
**Re: Medrano, Jr., Carlos Torres**
**June 2, 2020**
**Page 2**

girlfriend's new boyfriend. Mr. Medrano was hitting the door so hard the occupants thought he was going to bust the door down.

Mr. Medrano went to the back of the apartment where he tried to gain access through a window. Mr. Medrano shattered the bedroom window and was heard yelling from outside. The police were called, and before Mr. Medrano left the scene, a witness observed Mr. Medrano kick the new boyfriend's car door, causing damage. It was reported that multiple witnesses observed Mr. Medrano at the residence.

The U.S. Probation Office respectfully recommends the Court to issue a **WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/02/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

06/02/2020
Date